IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RUSSELL VICKERY, | : |
| Petitioner, | : |
| VS. | : NO. 3:18-CV-00083-CDL-CHW |
| WARDEN HILTON HALL, *et al.*, | : |
| Respondents. | : |

## ORDER

Presently pending before the Court are Petitioner Russell Vickery's motions for a certificate of appealability ("COA") and for leave to proceed *in forma pauperis* on appeal (ECF Nos. 24, 28, 29). Pursuant to the requirements of Rule 11 of the Rules Governing Section 2254 Cases, Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); *see also Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). Therefore, Petitioner's motions for a certificate of appealability (Docs. 24, 28) are **DENIED**. Because this Court has found that Petitioner is not entitled to a COA, his motion to proceed *in forma pauperis* on appeal (ECF No. 29) is **DENIED as moot.**

**SO ORDERED**, this **17th** day of **July, 2019**.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA